UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -versus-

JOHN MUYET,

    Defendant.

95-CR-941 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    In light of the Court of Appeals' recent mandate authorizing the filing of a successive 28 U.S.C. § 2255 motion, counsel shall confer and inform the Court by letter no later than September 10 how they propose to proceed.

**SO ORDERED.**

Dated:  August 31, 2020
       New York, New York

*(signature)*
_____
LORETTA A. PRESKA, U.S.D.J.