**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

UNITED STATES OF AMERICA                    :

    -against-                              :

                                            :

John Muyet                                  :

------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-22-20

**ORDER**

95Cr941-02 (LAP)
Docket #

Loetta A. Preska          , **DISTRICT JUDGE**:
    Judge's Name

The C.J.A. attorney assigned to receive cases on this day,

Jeffrey Pittell          is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC October 14, 2020

**SO ORDERED.**

Loretta A. Preska

**UNITED STATES DISTRICT JUDGE**

10/22/20
**Dated:  New York, New York**