UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | No. 95-CR-941 (LAP) |
|---|---|
| -against- | No. 03-CV-4247 (AKH) |
| JOHN MUYET, | ORDER |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendant John Muyet's successive motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (See dkt. nos. 470, 472.) The Government shall respond to the motion no later than June 23, 2021. Mr. Muyet may reply no later than July 14, 2021.

**SO ORDERED.**

Dated:   May 26, 2021
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1