# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

| | |
|---|---|
| *Reply To:* | *Long Island Office* |
| **42-40 Bell Blvd, Suite 302** | **10 Bond St, Suite 389** |
| **Bayside, New York 11361** | **Great Neck, New York 11021** |
| Tel (516) 829-2299 | Tel (516) 829-2299 |
| *jp@jpittell.com* | *jp@jpittell.com* |

July 16, 2021

Honorable Loretta A. Preska
United States District Judge
US Courthouse
500 Pearl St.
New York, NY 10007

Re:   *United States v. John Muyet* -- [Habeas Petition]
      95 Cr. 941 (LAP)
      03 Civ. 4247 (LAP)

The briefing schedule proposed below is approved.

**SO ORDERED.**

Dated:   July 19, 2021
           New York, New York

*/s/ Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

Dear Judge Preska:

    I represent John Muyet, the petitioner in above referenced matter. The case involves a successive habeas petition raising a *Davis* related claim based upon Mr. Muyet's multiple convictions for violations of 18 U.S.C. 924(c).

    Procedurally, I have submitted the successive habeas petition (the "Petition") along with a supporting memorandum of law. The Government has responded to these submissions. I am contemplating submitting a reply in further support of the Petition. In addition, due to recent developments in the law, for example, the Second Circuit's rulings in *U.S. v. Eldridge*, 2021 WL2546175 and *U.S. v. Heyward*, 2021 WL 2638609, the reply may include supplemental argument in support of the Petition.

    In light of the foregoing, with consent of the Government, I respectfully propose the following briefing schedule:

    Petitioner's reply/supplemental submission due September 13, 2021
    Government response due November 1, 2021

                                                    Respectfully submitted,
                                                    /s/
                                                     Jeffrey G. Pittell

cc:   Micah Fergenson, AUSA
      John Muyet