UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>JOHN MUYET,<br><br>                Defendant. | No. 95-CR-941 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Muyet's motion for compassionate release dated March 21, 2023. (See dkt. no. 490.) The Government shall respond to Mr. Muyet's motion no later than August 31, 2023. Mr. Muyet shall file his reply, if any, no later than September 28, 2023.

    The Clerk of the Court shall mail a copy of this order to Mr. Muyet.

**SO ORDERED.**

Dated:    August 3, 2023
            New York, New York

                                _____
                                LORETTA A. PRESKA
                                Senior United States District Judge